**Law Offices of Ronaldo C. George, LLC**
**Ronaldo C. George (RG-0430)**
**485 Georges Road, Suite 112**
**Dayton, NJ 08810**
**Ph-(732) 579-4300**
**Fx-(732) 579-4308**
**rgeorgesq@rcglaw.com**
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

    Teresa White

               Debtor(s)

CASE NO.:    18-35106-CMG

CHAPTER:    7

HEARING DATE: 04/23/2019 10:00AM

## OBJECTION TO TRUSTEE MOTION FOR DISMISSAL

1. I am the principal at the Law Offices of Ronaldo C. George, LLC and I am the Debtors Attorney in this case.

2. I make this statement in Objection to Order to Show Cause Why Debtors Case Should Not Be Dismissed for Failure to Make Installment Payments.

3. On December 26, 2018 the Debtor filed a Chapter 7 Bankruptcy under Case Number 18-35106-CMG.

4. The Debtors has a significant history of health issues and has been deemed to be permanently disabled.

5. Debtor's first 341(a) meeting of creditors was to commence on January 23, 2019 at this courthouse. However, Debtor was hospitalized at Robert Wood Johnson Hospital in

New Brunswick, New Jersey due to a severe respiratory infection. Debtor was hospitalized for over ten (10) days.

6. Debtor's 341(a) meeting of creditors was then adjourned to February 20, 2019 at this courthouse. Debtor however was again hospitalized at Robert Wood Johnson Hospital in New Brunswick, New Jersey due to a reaction to her medication which caused severe pain in her stomach. Debtor was hospitalized for an additional seven (7) days.

7. Debtor's 341(a) meeting of creditors was further adjourned to March 15, 2019 at this courthouse. While the debtor was not hospitalized, Debtor was extremely weak and was not physically able to make the short trip from Highland Park to Trenton.

8. As of the date of this opposition, Debtor's health is now stable, and she believes that she will be able to attend a re-scheduled 341(a) meeting of creditors.

9. Debtor has significant creditors and it is vital that she be able to continue her Chapter 7 case to receive a discharge in this matter.

10. Given the above considerations, Debtor respectfully Objects to Trustee Motion to Dismiss.

Dated: April 21, 2019

*/s/ Ronaldo C. George*
Ronaldo C. George, Esq.
Attorney for Debtors

**Law Offices of Ronaldo C. George, LLC**
**Ronaldo C. George (RG-0430)**
**485 Georges Road, Suite 112**
**Dayton, NJ 08810**
**Ph-(732) 579-4300**
**Fx-(732) 579-4308**
**rgeorgesq@rcglaw.com**
**Attorney for Debtors**

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

    Teresa White                      CASE NO.:  18-35106-CMG

                                    CHAPTER:  7

            Debtor(s)

                                    HEARING DATE: 04/23/2019 10:00AM

---

**CERTIFICATION OF SERVICE**

1.     I, Ronaldo C. George, Esquire, represent the Debtors in the above captioned matter.

2.     On April 21, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

        (x) Objection to Trustee Motion to Dismiss.

3.     I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 21, 2019                      */s/ Ronaldo C. George*
                                                        Ronaldo C. George, Esq.
                                                        Attorney for Debt

**SERVICE LIST**

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| John Michael McDonald<br>Chapter 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Trustee | Notice of Electronic Filing (NEF) |
| Phelan Hallinan Diamond & Jones<br>400 Fellowship Rd Ste 100<br>Mount Laurel, NJ 08054-3437 | Creditor Attorney | Notice of Electronic Filing (NEF) |
| Seterus<br>PO Box 2008<br>**Grand Rapids, MI 49501-2008** | Creditor | Regular Mail |
| Teresa White<br>14 Redcliffe Avenue<br>Highland Park, NJ 08904 | Debtor | Regular Mail |
| Big M Inc. T/A Annie Sez<br>320 Park Ave<br>**Scotch Plains, NJ 07076-1100** | Creditor | Regular Mail |
| Chrysler Capital<br>PO Box 961275<br>**Fort Worth, TX 76161-0275** | Creditor | Regular Mail |
| Craner Satkin & Scheer<br>320 Park Ave<br>**Scotch Plains, NJ 07076-1100** | Creditor | Regular Mail |
| Credit One Bank<br>PO Box 98875<br>**Las Vegas, NV 89193-8875** | Creditor | Regular Mail |
| Fein Such Kahn & Shepard<br>7 Century Dr<br>**Parsippany, NJ 07054-4603** | Creditor | Regular Mail |
| Financial Recoveries<br>200 E Park Dr Ste 200<br>**Mount Laurel, NJ 08054-1259** | Creditor | Regular Mail |
| Green & Green<br>838 Easton Ave<br>**Somerset, NJ 08873-1824** | Creditor | Regular Mail |
| New Century Financial Services | Creditor | Regular Mail |

| | | |
|---|---|---|
| 110 S Jefferson Rd Ste 104<br>**Whippany, NJ 07981-1038** | | |
| Newark Board of Education Employees<br>195 Norman Rd<br>**Newark, NJ 07106-3309** | Creditor | Regular Mail |
| Oxford Realty Group<br>100 Cedar Ln<br>**Highland Park, NJ 08904-2018** | Creditor | Regular Mail |
| Pressler & Pressler<br>7 Entin Road<br>**Parsippany, NJ 07054-5020** | Creditor | Regular Mail |
| Savit Collection Agency<br>46 W Ferris St<br>**East Brunswick, NJ 08816-2159** | Creditor | Regular Mail |
| Southwest Credit Systems<br>4120 International Pkwy<br>**Carrollton, TX 75007-1957** | Creditor | Regular Mail |
| The Bureaus Inc<br>1717 Central St<br>**Evanston, IL 60201-1507** | Creditor | Regular Mail |
| Vanz LLC October 9 Series 01<br>577 Hamburg Turnpike<br>**Wayne, NJ 07470-2042** | Creditor | Regular Mail |
| Verizon Wireless<br>PO Box 49<br>**Lakeland, FL 33802-0049** | Creditor | Regular Mail |
| Woodwest Realty Management<br>100 Cedar Lane<br>**Highland Park, NJ 08904-2018** | Creditor | Regular Mail |
| | | |
| | | |
| | | |